Same case below, 389 Fed. Appx. 229.

**No. 10-8948. Joel Valdez-Castro, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2241.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 736.

**No. 10-8956. Orlando Howard, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2409.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8950. James A. Hinchliffe, Petitioner v. Option One Mortgage Corporation.**

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2156, ██

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-8959. Anthony Martin, Petitioner v. Robert Tanner, Warden.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2196.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8951. Dennis Holmes, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2185.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8964. Sherman Little, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2306.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 390 Fed. Appx. 242.

**No. 10-8953. Derrick Lamont Galloway, Petitioner v. United States.**

562 U.S. 1299, 131 S. Ct. 1707, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2327.

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-8971. Tutuila F. Tuvalu, Petitioner v. Jeanne S. Woodford, et al.**

562 U.S. 1299, 131 S. Ct. 1708, 179 L. Ed. 2d 638, 2011 U.S. LEXIS 2201, ██

March 21, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 389 Fed. Appx. 735.